UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

KRISTI ADAMS, :
    Plaintiff, :
     :
v. : No. 23-cv-4195
     :
U.S. MARSHALS, :
    Defendant. :
_____

## O R D E R

**AND NOW**, this 3rd day of May, 2024, upon consideration of Defendant United States Marshals' Motion to Dismiss, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Complaint, *see* ECF No. 1, is **DISMISSED** for lack of jurisdiction;

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge